THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICHOLAS A. KAMISAROFF, Appellant, against BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Respondent.

Submitted November 25, 1946; decided November 27, 1946.

*Nathaniel L. Goldstein, Attorney-General (Herman N. Harcourt* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

In the Matter of the Estate of HENRY H. ROGERS, Deceased. ALBERT STICKNEY et al., as Surviving Executors of HENRY H. ROGERS, Deceased, et al., Appellants; STATE TAX COMMISSION, Respondent.

Submitted November 25, 1946; decided November 27, 1946.

MOTIONS by appellants for reargument denied, with $10 costs and necessary printing disbursements.    [See 296 N. Y. 676.]